UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID VEST,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>LAYLA AL-SHAMI and<br>ADVANCED CORRECTIONAL HEALTHCARE,<br>　　　Defendants. | CASE NO.:  4:12-CV-039 SEB-TAB |

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Layla Al-Shami and Advanced Correctional Healthcare, Inc., now move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of Indiana, for Summary Judgment on the grounds that the pleadings and other evidence show that there is no genuine issue as to any material fact and that Defendant is entitled to summary judgment as a matter of law on all claims alleged by Plaintiff in his Complaint.  Defendants' Designation of Materials and Memorandum of Law in Support of Motion for Summary Judgment are contemporaneously filed herewith.

**WHEREFORE,** Defendants, Layla Al-Shami and Advanced Correctional Healthcare, Inc., pray that the Court enter Summary Judgment in their favor and against Plaintiff, and grant all other relief this Court deems just and proper.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KAHN, DEES, DONOVAN & KAHN, LLP

　　　　　　　　　　　　　　By:     s/ Michele S. Bryant
　　　　　　　　　　　　　　　　　Michele S. Bryant, Atty. #14533-55A
　　　　　　　　　　　　　　　　　mbryant@kddk.com
　　　　　　　　　　　　　　　　　Michael G. Smith, Atty. # 23150-53
　　　　　　　　　　　　　　　　　msmith@kddk.com

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana  47735-3646
Phone:  (812) 423-3183
Facsimile:  (812) 423-3841

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of May, 2013, a copy of the foregoing Motion for Summary Judgment was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

J. Clayton Culotta
Email:  clay@culottalaw.com

      s/ Michele S. Bryant
      Michele S. Bryant