UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID VEST,<br>    Plaintiff,<br><br>v.<br><br>LAYLA AL-SHAMI and<br>ADVANCED CORRECTIONAL HEALTHCARE,<br>    Defendants. | CASE NO.:  4:12-CV-039 SEB-TAB |

**DESIGNATION OF MATERIALS**

Comes now Defendants, Layla Al-Shami and Advanced Correctional Healthcare, Inc., by counsel, and submits its Designation of Materials in support of its Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment, filed contemporaneously herewith.  Defendants hereby designate the following evidence in support of its Motion:

A. Plaintiff's Complaint filed herein on April 3, 2012, attached hereto as Exhibit A;

B. Deposition of David Vest taken on February 14, 2013, attached hereto as Exhibit B;

C. Deposition of Layla Al-Shami Troutman taken on March 1, 2013, attached hereto as Exhibit C;

D. Deposition of Richard B. Rodgers, MD, taken on April 25, 2013, attached hereto as Exhibit D;

E. Plaintiff's David Vest's Response to Defendants, Advanced Correctional Healthcare, Inc. and Layla Al-Shami's, (sic) Interrogatories, executed on October 10, 2012, attached hereto as Exhibit E;

Respectfully submitted,

KAHN, DEES, DONOVAN & KAHN, LLP

By:   s/ Michele S. Bryant
     Michele S. Bryant, Atty. #14533-55A
     mbryant@kddk.com
     Michael G. Smith, Atty. # 23150-53
     msmith@kddk.com

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana  47735-3646
Phone:  (812) 423-3183
Facsimile:  (812) 423-3841

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of May, 2013, a copy of the foregoing Motion for Summary Judgment was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

                J. Clayton Culotta
      Email:  *clay@culottalaw.com*

                s/ Michele S. Bryant
                Michele S. Bryant