Exhibit

21



A Higher Standard. Delivered.

HOME · CONTACT US · LOGIN
SEARCH [ GO » ]

Company · Solutions · Clients · Proven Results · News · Careers · Employee Log-In

History
Mission & Physician Statements
Philosophy
Leadership and Professionals
Affiliations

**PREA RESOURCE CENTER**



Free Facility
Healthcare Analysis
Get started now



Free Mental Health
Program Review
Get started now



## Dr. Norman R. Johnson, CEO/Principal

Dr. Norman Johnson, founder of Advanced Correctional Healthcare, has more than 30 years experience in direct health care management. His background includes the development of a large medical group consisting of nine primary care physicians with eight subspecialties and healthcare systems development and management.

Dr. Johnson, board certified in internal medicine and addiction medicine with past certification in gerontology, has extensive experience in the correctional healthcare environment, including facility analysis, program development, professional staffing, contract negotiation, and utilization review. As CEO, Dr. Johnson draws from his managed health care experience to position ACH as an industry leader that provides the highest standards in inmate health care and client relations. In addition, Dr. Johnson is involved with client relations and provides educational programs for national, state, and county associations.

### EXPERIENCE

- August 2006 to Present: CEO, ACH - Peoria, IL
- January 2004 to Present: Medical Director, Cornell Interventions - Chicago, IL
- 1995 to May 2002: President, CEO, Health Professionals, LTD - Peoria, IL
- July 1985 to 1999: President, Started East Peoria Multi-Specialty Group - East Peoria, IL
- June 1985 to 1996: President, Started The Medical Clinic - Morton, IL
- July 1982 to 1996: President, Started Delevan Medical Center - Delevan, IL
- July 1981 to July 1997: President, Pekin Internal Medicine - Pekin IL
- 1981 to 2007: Medical Director, Numerous Long Term Care Facilities - Central Illinois

### EDUCATION

- Residency, 1979 to 1981: St. Francis Medical Center - Peoria, IL
- Internship, 1978 to 1979: St. Francis Medical Center - Peoria, IL
- Medical School, MD, 1978: University of Illinois - Champaign-Urbana, IL
- College, BS, 1975: Augustana College - Rock Island, IL

### CERTIFICATION

- Controlled Substance Certification (DEA)
- November 2009: CPR - Adult
- May 2009: Diplomat of the American Board of Addiction Medicine
- 2004: Certified in Addition Medicine by the American Society of Addition Medicine
- 1988: Extra Credentialing - Geriatric Medicine
- January 1985: Board Certification - Internal Medicine

### PROFESSIONAL AFFILIATIONS

- American Correctional Association
- Academy of Correctional Health Professionals
- Society of Correctional Physicians
- American Board of Addiction Medicine
- Board of Directors Strategic Networks
- American College of Physicians
- American Medical Association
- American Board of Addiction Medicine
- Peoria Medical Society
- Peoria School of Medicine
- American College of Physicians
- University of Illinois Alumni Association
- Central Illinois Medical Association
- American Medical Association
- American Medical Association's Political Action Committee
- Illinois State Medical Society
- Tazewell County Medical Society

### COMMITTEES

* 1996 to Present: Illinois State Medical Society Political Action Committee

## PHYSICIAN LICENSURE

* State of Georgia Physician License
* State of Illinois Physician and Surgeon License
* State of Illinois Physician and Surgeon Controlled Substance License
* State of Indiana Physician and Surgeon License
* State of Indiana Controlled Substances Registration Certificate
* State of Iowa Physician Medical License
* State of Iowa Controlled Substance License
* State of Kentucky Medical License
* State of Michigan Physician License
* State of Michigan Controlled Substance License
* State of Minnesota Board of Medical Practice
* State of Mississippi Physician License
* State of Missouri Physician and Surgeon License
* State of Missouri Controlled Substance License
* State of Nebraska Physician License
* State of Oklahoma Physician License
* State of Tennessee Physician License
* State of Wisconsin Medicine and Surgery