Exhibit

5

Medical Progress Note

Date: 1/26/10 Time: 2315

Patient Name: Vest, David DOB [redacted]

Allergies: NKDA Inmate ID #

Subjective Complaint: Pain Hands Bil. & BLE Duration: 1 week

Symptoms: numbness + pain

O2 sat 98%

| OBJECTIVE: | Normal | Findings: BP 112/87 Pulse 109 Resp 20 Temp 98.7 Wt. 244# |
|---|---|---|
| | | Labs X-rays |
| Eye | | Hand grips = |
| Head, Ears, Nose, Throat | | & strong |
| Lungs/Chest | | (+) pedal pulses |
| Heart | | + strong & steady |
| Abdomen | | Bil. |
| Genito-Urinary | | |
| Musculoskeletal | | |
| Skin | | |
| Neuro | | |
| Other | | |

Assessment: Pain Bil. Hands + BLE

Plan: Refer to MD
Ibuprofen 400mg ī po BID x 5days

Follow-up: If needed

Patient education: ↓ Activity

[signature]
Nurse Signature

[signature]
Physician Signature

2010-04-15 15:09 Jeff. Co. Sheriff

« [redacted]